IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VLADIMIR GERSHANOK,

    Plaintiff,

v.                                                    No. 14-cv-0386 SCY/SMV

METRO. PROP. & CAS. INS. CO. and
SILAS T. GARCIA AGENCY & ASSOCS., LLC,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## PENDING RESOLUTION OF JURISDICTIONAL ISSUES

THIS MATTER is before the Court on the reassignment of the case to the undersigned. *See* [Doc. 15]. This case was originally filed in state court on March 3, 2014. [Doc. 1-4] at 2−26. Defendant Metropolitan Property and Casualty Insurance Company ("MetLife") removed the case on April 25, 2014. [Doc. 1]. In its Notice of Removal, MetLife alleges that Defendant Silas T. Garcia Agency & Associates, LLC ("Garcia Agency"), was fraudulently joined. [Doc. 1] at 4. Accordingly, MetLife argues that the Court should disregard the citizenship of the members of the Garcia Agency for purposes of determining diversity jurisdiction. *Id.* Until the fraudulent joinder question is resolved, it is unclear whether this Court has subject matter jurisdiction to hear this case.

**IT IS THEREFORE ORDERED** that the Initial Scheduling Order [Doc. 9] is **VACATED**. Once the issues of fraudulent joinder and subject matter jurisdiction are resolved by the presiding judge, the Court will issue another Initial Scheduling Order.

**IT IS SO ORDERED.**

                                                                  _____
                                                                  STEPHAN M. VIDMAR
                                                                  **United States Magistrate Judge**